# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### 510 U.S. COURTHOUSE & FEDERAL BUILDING
### AKRON, OHIO 44308

October 25, 2004

Honorable Mary M. Lisi
Chair, Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:     2003 Financial Disclosure Report

Dear Judge Lisi:

In response to your letter of August 2, 2004, I attach a second amended financial disclosure report. I apologize for not earlier responding to you inquiry but I thought your letter had not caught up with the earlier amendment that I had made.

In response to your August 2, 2004, letter, I have set out the date of the report in Box 3. I have added the information requested regarding Part VII and deleted the year end valuations incorrectly included on investments that we had liquidated during 2003.

In response to paragraph five of your August 2, 2004, I could not supply more specific dates that the Vanguard Total Stock Market Index Fund was purchased. ▮▮▮▮ participates in a tax-deferred saving plan at her employer. Under that plan, she makes contributions to the Vanguard mutual fund and the employer makes an accompanying partial match until she reaches the statutory maximum. I believe she typically reaches the statutory maximum within the first quarter of each year. The funds are then deposited in the index fund. She receives only quarterly reports, none listing the specific date that her employer made contributions to the tax-deferred index fund.

Please contact me if these amendments to the disclosure do not completely respond to the questions and suggestions that you made in your August 2, 2004, letter.

Very truly yours,

Judge James S. Gwin

Enc.    Second Amended FDR

*Second Amended.*

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

AO-10
Rev. 1/2002

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| GWIN, JAMES S | N.D. OHIO | 5/7/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE, ACTIVE | ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 510 U.S. COURTHOUSE  2 SOUTH MAIN STREET  AKRON, OH 44308 | Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Austin-Bailey Charitable Foundation |

FINANCIAL DISCLOSURE OFFICE  2004 NOV -3 P 10:56  RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. At retir | STATE OF OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM. RIGHT TO RETIREMENT BENEFITS |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | STARK COUNTY BOARD OF EDUCATION■ | 0.00 |
| 2. | INTERNATIONAL BUSINESS MACHINES, INC.■ | 0.00 |
| 3. | ■■■■■■■■■■■■■ | 0.00 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | U.S.District Court, N.D. Ohio | Travel expenses associated with 6th Circuit Conference in Memphis, Tennessee, September 9-11, 2003, $1344.75 |
| 2. | U.S.District Court, N.D. Ohio | Travel expenses associated with assignment with Sixth Circuit, February 5-7, 2003. $867.53 |
| 3. | U.S.District Court, N.D. Ohio | Travel expenses associated with assignment with Sixth Circuit, October 2021, 2003. $953.25 |
| 4. | U.S.District Court, N.D. Ohio | Travel expenses to Palm Beach for MDL Judges Conference, October 27-28, 2003. $1450.52 |
| 5. | U.S.District Court, N.D. Ohio | Travel expenses associated with CM/ECF Seminar in Wilmington, Ohio, for S.D. Ohio on May 5, 2003. $199.83 |
| 6. | U.S.District Court, N.D. Ohio | Travel expenses for intercircuit assignment to the E.D. New York, September 22-29, 2003. $3733.78 |
| 7. | U.S.District Court, N.D. Ohio | Travel expenses associated with CM/ECF forum in Washington August 18-20, 2003. $1092.25 |
| 8. | U.S.District Court, N.D. Ohio | Travel expenses associated with Bench/Bar Conference in Columbus, October 2-3, 2003. $366.47 |
| 9. | U.S.District Court, N.D. Ohio | Travel expenses associated with ECF working group meeting in Washington, October 8-9, 2003. $540.25 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. IBM common stock | C | Dividend | M | T | | | | | |
| 2. AIM Constellation mutual fund | A | Dividend | J | T | | | | | |
| 3. Galaxy mutual funds | A | Dividend | L | T | | | | | |
| 4. Berkshire Hathaway common stock | A | Dividend | L | T | | | | | |
| 5. Vanguard Total Stock Market Index Fund, tax deferred | A | Dividend | L | T | Variou purch | | J | | |
| 6. Merrill Lynch money market fund | A | Dividend | K | T | | | | | |
| 7. AIM International Growth Fund | A | Dividend | J | T | | | | | |
| 8. T.Rowe Price Mid-Cap Mutual Fund | A | Dividend | K | T | | | | | |
| 9. ▮▮▮▮▮ common stock, options | A | Dividend | O | T | Restr vestin | 3/6 | J | | |
| 10. ATT Corp, Liberty Media, common stock | A | Dividend | J | T | | | | | |
| 11. Fidelity Contra Fund, mutual fund | A | Dividend | L | T | | | | | |
| 12. Lord Abbot MidCap Fund, mutual fund | A | Dividend | K | T | | | | | |
| 13. Davis New York Venture Fund, mutual fund | A | Dividend | K | T | | | | | |
| 14. White Oak Growth, mutual fund | A | Dividend | | | Sale | 10/20 | L | A | |
| 15. General Electric, common stock | A | Dividend | J | T | | | | | |
| 16. Exxon, common stock | A | Dividend | J | T | | | | | |
| 17. Merck, common stock | A | Dividend | J | T | | | | | |
| 18. Camco Financial Corp., common stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 2 of 2

Name of Person Reporting
GWIN, JAMES S

Date of Report:
5/7/2004

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | if not exempt from disclosure (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Heinz, common stock | A | Dividend | J | T | | | | | |
| 20. Pfizer, common stock | A | Dividend | J | T | | | | | |
| 21. Briston Myers, common stock | A | Dividend | J | T | | | | | |
| 22. Corning, common stock | A | Dividend | J | T | | | | | |
| 23. AOL Time Warner, common stock | A | Dividend | J | T | | | | | |
| 24. Cisco, common stock | A | Dividend | J | T | | | | | |
| 25. Sun Microsystems, Inc., common stock | A | Dividend | J | T | | | | | |
| 26. Walt Disney Co., common stock | A | Dividend | J | T | | | | | |
| 27. Lucent Technologies, common stock | A | Dividend | J | T | | | | | |
| 28. Microsoft Corp., common stock | A | Dividend | J | T | | | | | |
| 29. Farmers National Bank, common stock | A | Dividend | J | T | | | | | |
| 30. Intel Corporation, common stock | A | Dividend | J | T | | | | | |
| 31. Schwab Money Market Fund | B | Dividend | M | T | Purcha/sale | Vario | M | _ | |
| 32. Agere Systems, Inc., common stock | A | Dividend | J | T | | | | | |
| 33. BB & T Corp., common stock | A | Dividend | J | T | | | | | |
| 34. Citigroup, common stock | A | Dividend | J | T | | | | | |
| 35. Traveler's Group, common stock | A | Dividend | | | Sale | 2/11 | J | A | |
| 36. Del Monte Food, common stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Regarding ▓▓▓▓▓▓▓ common stock, ▓▓▓▓ owns options to purchase shares at an exercise value that is below the market value on December 31, 2003.  In setting the value of this investment, I have reflected the value difference between the exercise price and the market price on December 31, 2003.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____     Date  10/25/2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AMMENDED

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| AO-10 Rev. 1/2002 | | |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>GWIN, JAMES S | 2. Court or Organization<br><br>N.D. OHIO | 3. Date of Report<br><br>5/7/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>JUDGE, ACTIVE | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ● Annual    ◯ Final | 6. Reporting Period<br><br>1/1/03<br>to<br>12/31/03 |
| 7. Chambers or Office Address<br><br>510 U.S. COURTHOUSE<br>2 SOUTH MAIN STREET<br>AKRON, OH 44308 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Austin-Bailey Charitable Foundation |

RECEIVED JUL 26 3 08 PM '04 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | At retir | STATE OF OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM. RIGHT TO RETIREMENT BENEFITS |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | STARK COUNTY BOARD OF EDUCATION ▓ | 0.00 |
| 2. | | INTERNATIONAL BUSINESS MACHINES, INC. ▓ | 0.00 |
| 3. | | ▓▓▓▓▓▓▓▓▓▓ | 0.00 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | U.S.District Court, N.D. Ohio | Travel expenses associated with 6th Circuit Conference in Memphis, Tennessee, September 9-11, 2003, $1344.75 |
| 2. | U.S.L ~rict Court, N.D. Ohio | Travel expenses associated with assignment with Sixth Circuit, February 5-7, 2003. $867.53 |
| 3. | U.S.District Court, N.D. Ohio | Travel expenses associated with assignment with Sixth Circuit, October 2021, 2003. $953.25 |
| 4. | U.S.District Court, N.D. Ohio | Travel expenses to Palm Beach for MDL Judges Conference, October 27-28, 2003. $1450.52 |
| 5. | U.S.District Court, N.D. Ohio | Travel expenses associated with CM/ECF Seminar in Wilmington, Ohio, for S.D. Ohio on May 5, 2003. $199.83 |
| 6. | U.S.District Court, N.D. Ohio | Travel expenses for intercircuit assignment to the E.D. New York, September 22-29, 2003. $3733.78 |
| 7. | U.S.District Court, N.D. Ohio | Travel expenses associated with CM/ECF forum in Washington August 18-20, 2003. $1092.25 |
| 8. | U.S.District Court, N.D. Ohio | Travel expenses associated with Bench/Bar Conference in Columbus, October 2-3, 2003. $366.47 |
| 9. | U.S.District Court, N.D. Ohio | Travel expenses associated with ECF working group meeting in Washington, October 8-9, 2003. $540.25 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S | 5/7/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. IBM common stock | C | Dividend | M | T | | | | | |
| 2. AIM Constellation mutual fund | A | Dividend | J | T | | | | | |
| 3. Galaxy mutual funds | A | Dividend | L | T | | | | | |
| 4. Berkshire Hathaway common stock | A | Dividend | L | T | | | | | |
| 5. Vanguard mutual fund | A | Dividend | L | T | Variou purch | | J | | |
| 6. Merrill Lynch money market fund | A | Dividend | K | T | | | | | |
| 7. AIM International Growth Fund | A | Dividend | J | T | | | | | |
| 8. T.Rowe Price Mid-Cap Mutual Fund | A | Dividend | K | T | | | | | |
| 9. ███████, common stock, options | A | Dividend | O | T | Restr vestin | 3/6 | J | | |
| 10. ATT Corp, Liberty Media, common stock | A | Dividend | J | T | | | | | |
| 11. Fidelity Contra Fund, mutual fund | A | Dividend | L | T | | | | | |
| 12. Lord Abbot MidCap Fund, mutual fund | A | Dividend | K | T | | | | | |
| 13. Davis New York Venture Fund, mutual fund | A | Dividend | K | T | | | | | |
| 14. White Oak Growth, mutual fund | A | Dividend | L | T | Sale | 10/20 | K | A | |
| 15. General Electric, common stock | A | | J | | | | | | |
| 16. Exxon, common stock | A | Dividend | J | T | | | | | |
| 17. Merck, common stock | A | Dividend | J | T | | | | | |
| 18. Camco Financial Corp., common stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS
– income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Heinz, common stock | A | Dividend | J | T | | | | | |
| 20. Pfizer, common stock | A | Dividend | J | T | | | | | |
| 21. Briston Myers, common stock | A | Dividend | J | T | | | | | |
| 22. Corning, common stock | A | Dividend | J | T | | | | | |
| 23. AOL Time Warner, common stock | A | Dividend | J | T | | | | | |
| 24. Cisco, common stock | A | Dividend | J | T | | | | | |
| 25. Sun Microsystems, Inc., common stock | A | Dividend | J | T | | | | | |
| 26. Walt Disney Co., common stock | A | Dividend | J | T | | | | | |
| 27. Lucent Technologies, common stock | A | Dividend | J | T | | | | | |
| 28. Microsoft Corp., common stock | A | Dividend | J | T | | | | | |
| 29. Farmers National Bank, common stock | A | Dividend | J | T | | | | | |
| 30. Intel Corporation, common stock | A | Dividend | J | T | | | | | |
| 31. Schwab Money Market Fund | B | Dividend | M | T | Purcha/sale | Vario | M | | |
| 32. Agere Systems, Inc., common stock | A | Dividend | J | T | | | | | |
| 33. BB & T Corp., common stock | A | Dividend | J | T | | | | | |
| 34. Citigroup, common stock | A | Dividend | J | T | | | | | |
| 35. Traveler's Group, common stock | A | Dividend | J | T | Sale | 2/11 | J | A | |
| 36. Del Monte Food, common stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less<br>F = $50,001-$100,000 | B = $1,001-$2,500<br>G = $100,001-$1,000,000 | C = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = $More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | |

# VIII  ADDITIONAL INFORMATION OR EXPLANATIONS    . (Indicate part of Report.)

Regarding ████████████common stock, ██████owns options to purchase shares at an exercise value that is below the market value on December 31, 2003. In setting the value of this investment, I have reflected the value difference between the exercise price and the market price on December 31, 2003.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>GWIN, JAMES S | Date of Report<br><br>5/7/04 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____          Date____7/7/04____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
510 U.S. COURTHOUSE - 2 SOUTH MAIN STREET
### AKRON, OHIO 44308

CHAMBERS OF
JAMES S. GWIN
DISTRICT JUDGE

TELEPHONE
330/375-5934

July 7, 2004

**SELF INITIATED AMENDMENT**

George D. Reynolds
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544
**Via Fax 202/502-1899**

Re:    Amendment to 2003 Report
       Request for copy of report

Dear Mr. Reynolds:



After receiving your communication, I reviewed the 2003 financial disclosure report and found several minor errors. To correct these errors, I submit an amended financial disclosure report for 2003. First, the report changes the date of the report. The earlier report listed the date as being made on 5/7/03 instead of the correct date on 5/7/04.

Second, the report changes the valuation for ▓▓▓▓▓▓▓▓ common shares and options. In making the earlier report, I had listed the value held by ▓▓▓▓ as between $50,000 - $100,000. In the amended report, I change this to reflect a value between $500,000 - $1 million. In the earlier report, the unexercised options were not included in the valuation. In the amended report, I have included the difference between the exercise price and the price on December 31, 2003, even though the options continue not to have been exercised.



Please advise me if you have any questions about this.

Very truly yours,

Judge James S. Gwin
encl.

| AO-10 |
| Rev. 1/2002 |

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2002 3

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) GWIN, JAMES S | 2. Court or Organization N.D. OHIO | 3. Date of Report 5/7/03 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) JUDGE, ACTIVE | 5. ReportType (check appropriate type) ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 6. Reporting Period 1/1/03 to 12/31/03 |
| 7. Chambers or Office Address 510 U.S. COURTHOUSE 2 SOUTH MAIN STREET AKRON, OH 44308 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Austin-Bailey Charitable Foundation |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | At retir | STATE OF OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM. RIGHT TO RETIREMENT BENEFITS |

RECEIVED 2005 JUN 14 P 3:20 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | STARK COUNTY BOARD OF EDUCATION ▉ | 0.00 |
| 2. | | INTERNATIONAL BUSINESS MACHINES, INC. ▉ | 0.00 |
| 3. | | ▉▉▉▉▉▉▉ | 0.00 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | U.S.District Court, N.D. Ohio | Travel expenses associated with 6th Circuit Conference in Memphis, Tennessee, September 9-11, 2003, $1344.75 |
| 2. | U.S.District Court, N.D. Ohio | Travel expenses associated with assignment with Sixth Circuit, February 5-7, 2003. $867.53 |
| 3. | U.S.District Court, N.D. Ohio | Travel expenses associated with assignment with Sixth Circuit, October 2021, 2003. $953.25 |
| 4. | U.S.District Court, N.D. Ohio | Travel expenses to Palm Beach for MDL Judges Conference, October 27-28, 2003. $1450.52 |
| 5. | U.S.District Court, N.D. Ohio | Travel expenses associated with CM/ECF Seminar in Wilmington, Ohio, for S.D. Ohio on May 5, 2003. $199.83 |
| 6. | U.S.District Court, N.D. Ohio | Travel expenses for intercircuit assignment to the E.D. New York, September 22-29, 2003. $3733.78 |
| 7. | U.S.District Court, N.D. Ohio | Travel expenses associated with CM/ECF forum in Washington August 18-20, 2003. $1092.25 |
| 8. | U.S.District Court, N.D. Ohio | Travel expenses associated with Bench/Bar Conference in Columbus, October 2-3, 2003. $366.47 |
| 9. | U.S.District Court, N.D. Ohio | Travel expenses associated with ECF working group meeting in Washington, October 8-9, 2003. $540.25 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S | 5/7/03 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. IBM common stock | C | Dividend | M | T | | | | | |
| 2. AIM Constellation mutual fund | A | Dividend | J | T | | | | | |
| 3. Galaxy mutual funds | A | Dividend | L | T | | | | | |
| 4. Berkshire Hathaway common stock | A | Dividend | L | T | | | | | |
| 5. Vanguard mutual fund | A | Dividend | L | T | Variou purch | | J | | |
| 6. Merrill Lynch money market fund | A | Dividend | K | T | | | | | |
| 7. AIM International Growth Fund | A | Dividend | J | T | | | | | |
| 8. T.Rowe Price Mid-Cap Mutual Fund | A | Dividend | K | T | | | | | |
| 9. ███████ common stock, options | A | Dividend | L | T | Restr vestin | 3/6 | J | | |
| 10. ATT Corp, Liberty Media, common stock | A | Dividend | J | T | | | | | |
| 11. Fidelity Contra Fund, mutual fund | A | Dividend | L | T | | | | | |
| 12. Lord Abbot MidCap Fund, mutual fund | A | Dividend | K | T | | | | | |
| 13. Davis New York Venture Fund, mutual fund | A | Dividend | K | T | | | | | |
| 14. White Oak Growth, mutual fund | A | Dividend | L | T | Sale | 10/20 | K | A | |
| 15. General Electric, common stock | A | | J | | | | | | |
| 16. Exx common stock | A | Dividend | J | T | | on, | | | |
| 17. Merck, common stock | A | Dividend | J | T | | | | | |
| 18. Camco Financial Corp., common stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S | 5/7/03 |

## VII. INVESTMENTS and TRUSTS  — income, value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1 (A-H) | (2)<br>Type (e.g. div. rent. or int.) | (1)<br>Value Code 2 (J-P) | (2)<br>Value Method Code 3 (Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code 2 (J-P) | (4)<br>Gain Code 1 (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 19. Heinz, common stock | A | Dividend | J | T | | | | | |
| 20. Pfizer, common stock | A | Dividend | J | T | | | | | |
| 21. Briston Myers, common stock | A | Dividend | J | T | | | | | |
| 22. Corning, common stock | A | Dividend | J | T | | | | | |
| 23. AOL Time Warner, common stock | A | Dividend | J | T | | | | | |
| 24. Cisco, common stock | A | Dividend | J | T | | | | | |
| 25. Sun Microsystems, Inc., common stock | A | Dividend | J | T | | | | | |
| 26. Walt Disney Co., common stock | A | Dividend | J | T | | | | | |
| 27. Lucent Technologies, common stock | A | Dividend | J | T | | | | | |
| 28. Microsoft Corp., common stock | A | Dividend | J | T | | | | | |
| 29. Farmers National Bank, common stock | A | Dividend | J | T | | | | | |
| 30. Intel Corporation, common stock | A | Dividend | J | T | | | | | |
| 31. Schwab Money Market Fund | B | Dividend | M | T | Purcha/sale | Vario | M | — | |
| 32. Agere Systems, Inc., common stock | A | Dividend | J | T | | | | | |
| 33. BB & T Corp., common stock | A | Dividend | J | T | | | | | |
| 34. Citigroup, common stock | A | Dividend | J | T | | | | | |
| 35. Traveler's Group, common stock | A | Dividend | J | T | Sale | 2/11 | J | A | |
| 36. Del Monte Food, common stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | GWIN, JAMES S | 5/7/03 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sign

Date ___5/10/2004___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544